UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 9:20-CV-80012-ROSENBERG
AND 9:15-CR-80077-ROSENBERG

DAVID CHIDDO,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING MOTION TO VACATE SENTENCE, AND CLOSING CASE

This matter comes before the Court upon Movant David Chiddo's ("Movant") Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed at DE 1 under Case No. 9:20-CV-80012 and at DE 384 under Case No. 9:15-CR-80077. The Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation on all dispositive issues. On July 21, 2021, Judge Reinhart issued a Report and Recommendation in which he recommended that the Motion be denied. DE 9 under Case No. 9:20-CV-80012. Movant subsequently filed Objections to the Report and Recommendation. DE 12 under Case No. 9:20-CV-80012.

The Court has conducted a *de novo* review of the Report and Recommendation, Movant's Objections thereto, and the entire record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Movant's Objections [DE 12 under Case No. 9:20-CV-80012] are **OVERRULED**.

2. Magistrate Judge Reinhart's Report and Recommendation [DE 9 under Case No. 9:20-CV-80012] is **ADOPTED** as the Order of the Court.

3. Movant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [DE 1 under Case No. 9:20-CV-80012; DE 384 under Case No. 9:15-CR-80077] is **DENIED**.

4. A certificate of appealability **SHALL NOT ISSUE**.

5. The Clerk of the Court is instructed to **CLOSE Case No. 9:20-CV-80012**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 7th day of October, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record